DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Hernandez, Odilon and
Hernandez, Maria

Case No. 07-00241-FLK13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $14.06, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Hernandez, Odilon and Hernandez, Maria | 539 W Willow St<br>Walla Walla, WA 99362 | $14.06 |

Dated: December 10, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487493    12-29-10    #14.06